LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service, | Case No. 2:09-mc-00005-FCD-GGH |
|---|---|
| Petitioners, | **PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING** |
| v. | Taxpayer: JAMES A. RUECKHEIM |
| JAMES A. RUECKHEIM, | Date: Thursday, June 4, 2009
Time: 10:00 a.m.
Ctrm: Crtrm. # 24, 8th Floor
Judge: Hon. Gregory G. Hollows |
| Respondent. | |

Petitioners request a continuance of the summons enforcement hearing set by an OSC filed February 6, 2009, and currently scheduled for Thursday, April 2, 2009, to Thursday, June 4, 2009, at 10:00 a.m. The additional time is needed to make further attempts at personal service upon the respondent, JAMES A. RUECKHEIM. A proposed Order is attached.

Dated: March 18, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: */s/ Y H T Himel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney

## PROPOSED ORDER

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is hereby continued to Thursday, June 4, 2009, at 10:00 a.m. in Courtroom 24.

DATED: March 20, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rueckenheim.eot