IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service, | |
| Petitioners, | MC. NO. 09-0005- FCD GGH |
| vs. | |
| JAMES A. RUECKHEIM, | |
| Respondent. | ORDER |

Presently calendared for June 4, 2009 is a show cause hearing. Due to the court's scheduling conflict, the hearing is continued to June 11, 2009.

Accordingly, IT IS ORDERED that the June 4, 2009 hearing on the order to show cause is continued to June 11, 2009 at 10:00 a.m. in Courtroom 24.

DATED: May 27, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:USDuff0005.con.wpd