1 LAWRENCE G. BROWN
Acting United States Attorney
2 YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
3 Eastern District of California
501 I Street, Suite 10-100
4 Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>JAMES A. RUECKHEIM,<br><br>　　　　　Respondent. | Case No. 2:09-mc-00005-FCD-GGH<br><br>**PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING**<br><br>Taxpayer: JAMES A. RUECKHEIM<br><br>Date:  Thursday, July 16, 2009<br>Time:  10:00 a.m.<br>Ctrm:  Crtrm. # 24, 8th Floor<br>Judge: Hon. Gregory G. Hollows |

　　Because petitioner Duff cannot appear on June 11, 2009, the date set by Order filed May 28, 2009, petitioners request a continuance of the summons enforcement hearing from June 11, 2009, to July 16, 2009, at 10:00 a.m. A proposed Order is attached.

Dated: May 29, 2009　　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　By:　　*/s/ Y H T Himel*
　　　　　　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

<u>ORDER</u>

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is CONTINUED to Thursday, July 16, 2009, at 10:00 a.m. in Courtroom 24.

DATED: <u>June 1   </u>, 2009        <u>/s/ Gregory G. Hollows        </u>
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

rueckheim.eot2